# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **TEXAS**

UNITED STATES OF AMERICA
V.
Juan SALINAS-Reyes (YOB: 1977) MX

United States District Court
Southern District of Texas
FILED
JUN 03 2015
, Clerk of Court

**CRIMINAL COMPLAINT**
Case Number: M-15-0890-M

I, Antonio Perez IV., the undersigned complainant state that the following is true and correct to the best of my Knowledge and belief. On or about _June 1, 2015_ (Date) in _Hidalgo_ County, in the _Southern_ District of _Texas_ Defendant(s) did,

i. knowingly conspire to possess with intent to distribute a controlled substance. The controlled substance involved was approximately 1.90 kilograms of methamphetamine, a Schedule II controlled substances; and
ii. knowingly and intentionally possess with the intent to distribute approximately 1.90 kilograms of methamphetamine, a Scheduled II controlled substance.

in violation of Title __21__ United States Code, Section(s) __841 and 846__.

I further state that I am a(n) __HSI Special Agent__ (Official Title) And that this complaint is based on the following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Approved by: Leo J. Leo, IV
AUSA

_____
Signature of Complainant

Antonio Perez IV
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 3, 2015                                            at    McAllen, Texas
Date                                                         City and State

U.S. Magistrate Judge Dorina Ramos                     _____
Name and Title of Judicial Officer                     Signature of Judicial Officer

# Attachment "A"

On June 1, 2015, U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in McAllen, Texas received a call from the Pharr, Texas Police Department (PPD). PPD Officer J. Tamez advised HSI McAllen that Juan SALINAS-Reyes was encountered during a traffic stop that led to the seizure of a weapon in Pharr, Texas.

Juan SALINAS stated he was residing at 2102 Casey Apt. # 3 in Pharr, Texas. SALINAS granted permission in writing for HSI McAllen special agents and PPD officers to conduct a search of his residence. During the search HSI McAllen special agents and PPD officers located 1.90 kilograms of methamphetamines inside of the residence.

On June 1, 2015, HSI McAllen SA A. Perez and PPD Officer J. Tamez conducted an interview with SALINAS. Special Agent SA A. Perez read SALINAS his Miranda rights as witnessed by PPD Officer J. Tamez. SALINAS stated he understood his rights and voluntarily waived them in writing. SALINAS made the following non-verbatim statements that have been paraphrased and may not be in the order in which he gave them:

SALINAS stated that on May 29, 2015, a person he only knew as "Perruno" asked him to store an ice chest that contained a bag inside of it at his residence. SALINAS stated he assumed that the bag inside of the ice chest contained marijuana. SALINAS was expecting a payment of $100.00 to $200.00 for holding the narcotics at his home until "Perruno" returned to retrieve it.